## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## <u>MIDDLE DIVISION</u>

**UNITED STATES OF AMERICA** )
)
**v.** ) **4:17-cr-00137-AKK-SGC**
)
**SHANNON TROY COFIELD** )

INFORMATION: TITLE 21, UNITED STATES CODE, SECTION 851 <u>RELATING TO PREVIOUS FELONY CONVICTIONS FOR DRUG OFFENSES</u>

The United States Attorney charges:

That the defendant, Shannon Troy Cofield, who has been charged by indictment in the above-styled and numbered case, was convicted on or about the 5th day of January, 2009, in the Circuit Court for Marshall County, Alabama, of the offense of Unlawful Manufacture of Controlled Substance, case number CC07-200543; and on or about the 8th day of October, 2008, in the Circuit Court for Etowah County, Alabama, of the offense of Trafficking Methamphetamine, case number CC07-580; and on or about the 21st day of October, 2002, in the Circuit Court for Marshall County, Alabama, of the offense of Possession / Receipt of Controlled Substance, case number CC02-200197.   Further, that said convictions constitute prior convictions for felony drug offenses for purposes of enhanced

penalty pursuant to Title 21, United States Code, Sections 846, 841 and 851.

Respectfully submitted this the 2nd day of June, 2017.

        ROBERT O. POSEY
        Acting United States Attorney

        */s/ electronic signature*
        RUSSELL E. PENFIELD
        Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been filed using the Court's CM/ECF system and that a copy of same has been served on counsel for defendant by using the same system on this the 2nd day of June, 2017.

        */s/ electronic signature*
        RUSSELL E. PENFIELD
        Assistant United States Attorney